**SO ORDERED.**

**SIGNED this 11 day of August, 2025.**



_____
**David M. Warren**
**United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: |
| ) | |
| WASHBURN LAW, PLLC ) | 23-00222-5-DMW |
| ) | |
| DEBTOR ) | CHAPTER 7 |
| ) | |
| James B. Angell, Chapter 7 Trustee for ) Washburn Law, PLLC, ) | |
| ) | |
| Plaintiff ) | Adv. Pro. No. |
| ) | 23-00082-5-DMW |
| vs. ) | |
| ) | |
| Estate of Jackson Munsey, Jr. and Garland ) Lee Zuber, Jr. (remaining defendants), ) | |
| ) | |
| Defendants ) | |
| ) | |

## CONSENT JUDGMENT

THIS MATTER comes before the United States Bankruptcy Court based on the consent of James B. Angell, Chapter 7 Trustee for Washburn Law, PLLC, (the "Trustee") and Heather G. Hunter, in her capacity as Special Administrator for the Estate of Jackson Lee Munsey, Jr., Case No. 2025-ES-1100052 (herein. "Administrator ").

WHEREAS, on January 27, 2023, Washburn Law, PLLC filed a petition for relief under

Chapter 7 of the Bankruptcy Code (Case No. 23-00222-5-DMW);

WHEREAS, the Trustee was appointed as and serves as Chapter 7 Trustee for Washburn Law, PLLC;

WHEREAS, on August 7, 2023, the Trustee filed an Adversary Proceeding against All American A, LLC, Jackson Munsey, Jr., Garland Lee Zuber, Jr. and Stephanie Munsey individually and in her capacity as trustee for the Stephanie Blanton Munsey Revocable Trust under Agreement dated June 8, 2015 (a/k/a SBM Family Trust) (collectively, "S. Munsey"), Case No. 23-00082-5-DMW (the "Adversary Proceeding"), asserting, among other things, that Jackson Munsey, Jr. was liable to the Trustee in the amount of at least $5,702,426.28 based on funds diverted from Washburn Law, PLLC's trust account; and

WHEREAS, Jackson Munsey, Jr. died on March 2, 2024; and

WHEREAS, by that Order entered on April 15, 2024 (AP DE 106), the Estate of Jackson Munsey Jr. was substituted as a a party defendant in place of Jackson Munsey, Jr.; and

'    WHEREAS, Heather G. Hunter was appointed as Special Administrator for the Estate of Jackson (Lee) Munsey, Jr., Case No. 2025-ES-1100052 by that Certificate of Appointment issued by the Probate Court for Cherokee County, South Carolina filed on February 4, 2025, a copy of which is attached hereto; and

WHEREAS, the Administrator has reviewed the claim and found it to be a meritorious claim; and

WHEREAS, after this adversary proceeding was filed, the Trustee received $979,094.51 from S. Munsey in settlement of the claims asserted by the Trustee in this proceeding, which arose from the same loss asserted as damages against Jackson Munsey, Jr.; and

WHEREAS, the Administrator asserts and the Trustee agrees that the sums

recovered from Stephanie Munsey should be applied as a credit against the amounts sought from the Estate of Jackson Munsey; and

WHEREAS, the Trustee has requested, and the Administrator has agreed, to reduce the remainder of the claim against the Estate of Jackson Munsey, Jr. to judgment, as evidenced by the signatures of their representatives below; and

WHEREAS, the Court finds that the Trustee is entitled to a judgment against the Estate of Jackson Lee Munsey, Jr. as set out herein.

NOW, THEREFORE, IT IS ORDRED, that judgment is hereby entered against the Estate of Jackson Lee Munsey, Jr., Case No. 2025ES1100052, Cherokee County, South Carolina in favor of James B. Angell, Chapter 7 Trustee for Washburn Law, PLLC, in the amount of $4,723,331.77 plus interest from August 7, 2023, plus the costs of this action. Each party shall bear its own attorneys' fees.

We consent:

*/s/ James B. Angell*
James B. Angell
NC Bar No. 12844
Howard Stallings Law Firm
P.O. Box 12347
Raleigh, NC  27605
Telephone: 919-821-7700
jangell@howardstallings.com
Chapter 7 Trustee

/s/ Heather G. Hunter
Heather G. Hunter
Dennis Shaw Drennan & Pack, LLC
P.O. Box 891
Spartanburg, South Carolina 29304
Telephone: 864-582-0708
hhunter@dsdlegal.com
Special Administrator for the Estate of Jackson Lee Munsey, Jr.

End of Document