UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: |
| | ) | |
| WASHBURN LAW, PLLC | ) | 23-00222-5-DMW |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |
| | ) | |
| James B. Angell, Chapter 7 Trustee for Washburn Law, PLLC, | ) ) ) | |
| Plaintiff | ) ) ) | Adv. Pro. No. 23-00082-5-DMW |
| vs. | ) ) | |
| All American A, LLC dba "All American Abstract" or "All American Abstracts, LLC", Jackson Munsey, Jr., Garland Lee Zuber, Jr., and Stephanie Munsey, individually and in her capacity as trustee for the Stephanie Blanton Munsey Revocable Trust under Agreement dated June 8, 2015 (a/k/a SBM Family Trust) | ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

**MOTION TO DISMISS CLAIMS AND CLOSE ADVERSARY PROCEEDING**

NOW COMES James B. Angell, Chapter 7 Trustee for Washburn Law, PLLC ("Plaintiff" or "Trustee"), and moves to dismiss all outstanding claims asserted in this case and to close this Adversary Proceeding, and, in support thereof shows the Court as follows:

1.  Washburn Law, PLLC, filed a petition for relief under chapter 7 of the United States Bankruptcy Code on January 27, 2023. James B. Angell was appointed as and presently serves as Chapter 7 Trustee for the Debtor.

1

2. On August 7, 2023, the Plaintiff initiated this adversary proceeding against the Defendants named in the caption hereto. In the Complaint, the Plaintiff alleges various and numerous claims against the Defendants arising from the diversion of at least $5,702,426.28 from the attorney trust account for Washburn Law, PLLC between the dates of January 1, 2018, and December 5, 2022 [Adv. Pro. Doc. No. 1].

3. The Plaintiff settled his claims against Stephanie Munsey, individually and in her capacity as trustee for the Stephanie Blanton Munsey Revocable Trust under Agreement dated June 8, 2015 (a/k/a SBM Family Trust) pursuant to a compromise approved by the Court on September 27, 2024 [DE 147, 155] (the "Stephanie Munsey Compromise").

4. On May 28, 2024, the Court entered a Default Judgment against All American A, LLC dba "All American Abstract" or "All American Abstracts, LLC", determining All American A, LLC to be an alter ego of the Debtor [DE 127] (the "AAA Judgment").

5. On August 11, 2025, the Court entered a judgment against the Estate of Jackson Lee Munsey, Jr. in the amount of $4,723,331.77 [DE 198] (the "Jack Munsey Judgment").

6. On October 3, 2026 the Court entered a Consent Judgment against Garland Lee Zuber, Jr. in the amount of $149,583.33 [DE 211] (the "Zuber Judgment").

7. Based on the Stephanie Munsey Compromise, the AAA Judgment, the Jack Munsey Judgment and the Zuber Judgment, the Trustee believes that all claims asserted in this case have been addressed and resolved.

8. For the avoidance of doubt, the Trustee seeks a dismissal of any outstanding claims asserted in this case, except any claims set out in the Stephanie Munsey Compromise, the AAA Judgment, the Jack Munsey Judgment and the Zuber Judgment.

9. The Trustee waives any rights to recover costs from any Defendant.

10. Based on the Stephanie Munsey Compromise, the AAA Judgment, the Jack Munsey Judgment and the Zuber Judgment, this Adversary Proceeding should be closed.

WHEREFORE, the Trustee prays:

1. That the Court dismiss any remaining claims in this Adversary Proceeding, except any claims set out in the Stephanie Munsey Compromise, the AAA Judgment, the Jack Munsey Judgment and the Zuber Judgment; and

2. That this Adversary Proceeding be closed; and

3. For such other relief as may be just and proper.

This the 13th day of October, 2024

HOWARD STALLINGS LAW FIRM

/s/James B. Angell
James B. Angell, Chapter 7 Trustee
State Bar No. 12844
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
jangell@hsfh.com
*Chapter 7 Trustee for Washburn Law, PLLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: ) | CASE NO: | |
| ) | | |
| WASHBURN LAW, PLLC ) | 23-00222-5-DMW | |
| ) | | |
| DEBTOR ) | CHAPTER 7 | |
| ) | | |
| James B. Angell, Chapter 7 Trustee for ) | | |
| Washburn Law, PLLC, ) | | |
| ) | | |
| Plaintiff ) | Adv. Pro. No. | |
| ) | 23-00082-5-DMW | |
| vs. ) | | |
| ) | | |
| All American A, LLC dba "All American ) | | |
| Abstract" or "All American Abstracts, LLC", ) | | |
| Jackson Munsey, Jr., Garland Lee Zuber, ) | | |
| Jr., and Stephanie Munsey, individually ) | | |
| and in her capacity as trustee for the ) | | |
| Stephanie Blanton Munsey Revocable Trust ) | | |
| under Agreement dated June 8, 2015 (a/k/a ) | | |
| SBM Family Trust) ) | | |
| ) | | |
| Defendants ) | | |
| ) | | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the attached Motion was this day served upon the below named persons, parties and/or counsel by CM/ecf, if applicable, or if not, by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below:

| | |
|---|---|
| Brian C. Behr, Esquire<br>Bankruptcy Administrator<br>*Served via cm/ecf and by email to*<br>Lesley_Dean@nceba.uscourts.gov | Jason L. Hendren<br>*Attorney for Debtor*<br>*Served via cm/ecf* |

| | |
|---|---|
| Garland Lee Zuber, Jr.<br>205 North Alabama St.<br>Chesney, SC 29323 | All American A, LLC<br>c/o Jackson Munsey, Registered Agent<br>840 Wappoo Road<br>Charleston, South Carolina 29407 |
| All American A, LLC<br>c/o Jackson Munsey, Registered Agent<br>602 Grassy Pond Road<br>Gaffney, South Carolina 29341 | Jeremy Foster<br>Clawson & Staubes<br>*Served via CM/ecf*<br>Attorneys for Stephanie Munsey, Revocable Trust |
| Heather Gwinn Hunter<br>Dennis, Shaw, Drennan & Pack, LLC<br>P.O. Box 891<br>Spartanburg, SC 29304<br><br>Special Administrator for the Estate of Jackson Munsey | |

Dated: October 13, 2025

/s/James B. Angell
James B. Angell
NC State Bar No. 12844
Howard Stallings Law Firm
Post Office Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700

5